## COMMONWEALTH v. DELAWARE L. & W. R. CO.

APPEALS BY PLAINTIFF AND DEFENDANT FROM THE COURT
OF COMMON PLEAS OF DAUPHIN COUNTY.

Argued June 6, 1889—Decided October 7, 1889.

Commonwealth v. Lehigh V. R. Co., ante, 429, followed.

Before STERRETT, CLARK, WILLIAMS, McCOLLUM and
MITCHELL, JJ.

Nos. 35, 45 May Term 1889, Sup. Ct.; court below, No.
185 September Term 1887, C. P.

On May 20, 1887, upon report made, the auditor general
and state treasurer stated and entered a settlement of account
for taxes against the Delaware, Lackawanna & Western R.
Co., of three mills upon the nominal value of scrip, bonds, and
certificates of indebtedness, owned by residents of Pennsylva-
nia, per § 4, act of June 30, 1885, P. L. 193, for the year end-
ing first Monday of November, 1886. From this settlement
the defendant company appealed. The cause was submitted
to the decision of the court, without a jury, under the pro-
visions of the act of April 22, 1874, P. L. 109. The specifica-
tions of objection to the settlement, the decision of the court
below, SIMONTON, P. J., the exceptions thereto filed by both
plaintiff and defendant, the opinion of the court below dis-
posing of the exceptions, and the final judgment, raised essen-
tially the same questions raised in Commonwealth v. Lehigh
V. R. Co., ante, 429.

Judgment having been entered as of May 10, 1888, in favor
of the commonwealth for the tax at three mills " for ten twelfths
of a year upon $885,026.62, being upon the amount of mort-
gages, etc., owned by residents of Pennsylvania " as nearly as
can be ascertained," with attorney general's commissions and
interest, total, $2,787.61, the defendant company took the ap-
peal to No. 35, and the commonwealth took the appeal to
No. 45, the assignments of error filed being essentially the
same with those filed in the case referred to.

Opinions of the Court.

*Mr. M. E. Olmsted*, for the Delaware etc. R. Co.

*Mr. William S. Kirkpatrick*, Attorney General, and *Mr. John F. Sanderson*, Deputy Attorney General, for the commonwealth.

## COMMONWEALTH'S APPEAL.

OPINION, MR. JUSTICE CLARK:

For the reasons given in our opinion filed in the Commonwealth's Appeal in case of Commonwealth v. Lehigh V. R. Co., argued at this term and not yet reported [ante, 445], this case is reversed and judgment is now entered in favor of the Commonwealth of Pennsylvania, for the sum of three thousand seven hundred and fifty-six dollars and fifty-eight cents, with interest thereon according to law, and costs.

| | |
|---|---:|
| Tax at the rate of three mills, . . . | $2,655.00 |
| Penalty 10 per cent, . . . . . . | 265.50 |
| Atty. General commissions, . . . . | 132.50 |
| Interest at 12 per cent, . . . . | 703.58 |
| | $3,756.58 |

## DELAWARE ETC. R. CO.'S APPEAL.

OPINION MR. JUSTICE CLARK:

For reasons given in an opinion filed in Lehigh V. R. Co.'s Appeal in the case of Commonwealth v. Lehigh V. R. Co., argued at this term and not yet reported [ante, 454],

The judgment is affirmed.